Demerise CAMERON, Appellant,

v.

STATE of Missouri, Respondent.

No. 63335.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 16, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 16, 1994.

Application to Transfer Denied June 21, 1994.

STATE of Missouri, Plaintiff–Appellant,

v.

Jerome STEIN, Respondent–Respondent.

No. 64175.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 4, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 16, 1994.

Application to Transfer Denied June 21, 1994.

David C. Hemingway, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

## ORDER

PER CURIAM.

Defendant appeals the denial of his Rule 24.035 motion without an evidentiary hearing. We find no error of law appears, and the findings of fact issued by the motion court in denying Defendant's motion are not clearly erroneous. Rule 84.16(b)(2) and (5).

We further find an opinion would have no precedential value and affirm by written order. Rule 84.16(b). A memorandum has been issued to the parties for their use only.